# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| RENE VOCKE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv00013 |
| | ) | |
| | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: PAMELA MEADE SARGENT |
|     Defendant | ) | United States Magistrate Judge |

For the reasons set forth in the opinion accompanying this judgment, it is **ADJUDGED AND ORDERED** that the plaintiff's attorney, Pamela A. Counts, Esquire, is awarded a reasonable fee pursuant to 42 U.S.C.A. § 406(b)(1)(A) (West 2003 & Supp. 2009) for services in this court in the amount of $ 4,150.00, to be paid by the Social Security Administration from the amount of past-due benefits awarded to the claimant in this case, but not to exceed 25 percent of the amount of past-due benefits awarded.

          ENTER: August 5, 2009.

          /s/ *Pamela Meade Sargent*
          UNITED STATES MAGISTRATE JUDGE